NUMBERS 13-00-241-CV and 13-02-080-CV


COURT OF APPEALS

THIRTEENTH DISTRICT OF TEXAS

CORPUS CHRISTI

___________________________________________________________________


WASTE DISPOSAL CENTER, INC. , ET AL., Appellants,


v.


MICHELLE LARSON AND SOILA VALDEZ , ET AL., Appellees.

___________________________________________________________________


On appeal from the 156th District Court

of San Patricio County, Texas.

__________________________________________________________________


O P I N I O N



Before Chief Justice Valdez and Justices Hinojosa and Rodriguez

Opinion Per Curiam



Appellants, Marcus Anthony Atkinson, Norma M. Atkinson and Frederick Atkinson, as statutory wrongful death
beneficiaries and sole heirs of Frederick James Atkinson (Deceased), Javier Gomez, Jr., by next friend Dolores L. Gomez,
Abel Valdez, Belinda Valdez (Certain Appellants), perfected an appeal in cause number 13-00-590-CV (1) from a judgment
entered by the 156th District Court of San Patricio County, Texas. After the record had been filed, Certain Appellants
entered into a settlement agreement with Browning-Ferris, Inc., Asarco, Inc., Shell Western E & P, Inc., and E.I. Du Pont
De Nemours & Company (Settling Appellees). Certain Appellants have filed an agreed motion to dismiss the appeal
seeking dismissal of the Settling Appellees. Certain Appellants do not seek any dismissal of the appeal with respect to the
non-settling parties, Waste Disposal Center, Inc., and the Estate of Franklin Kelly.

Having considered Certain Appellants' agreed motion to dismiss the appeal as to the Settling Appellees and the documents
on file, this Court is of the opinion that said motion should be granted. The Certain Appellants' agreed motion to dismiss
the appeal against Settling Appellees is hereby granted. The appeal as to Certain Appellants, Marcus Anthony Atkinson,
Norma M. Atkinson and Frederick Atkinson, as statutory wrongful death beneficiaries and sole heirs of Frederick James
Atkinson (Deceased), Javier Gomez, Jr., by next friend Dolores L. Gomez, Abel Valdez, Belinda Valdez and Settling
Appellees, Browning-Ferris, Inc., Asarco, Inc., Shell Western E & P, Inc., and E.I. Du Pont De Nemours & Company, is
ordered DISMISSED, severed from cause number 13-00-241-CV, and docketed under cause number 13-02-080-CV. The
remaining parties and issues in the appeal will remain docketed under cause number 13-00-241-CV.

PER CURIAM



Do not publish .

Tex. R. App. P. 47.3.



Opinion delivered and filed

this 7th day of February, 2002.

 

1. This appeal was consolidated into cause number 13-00-241-CV.